```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL LEDESMA,

               Plaintiff,

-against-

A&G DELI GROCERY III CORP. and ALICIA FERNANDEZ, in their individual and professional capacity,

               Defendants.

1:21-cv-8631

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the Parties' Proposed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. [ECF No. 44]. The Court cannot take any action on the proposed form because the form is incomplete. The Parties shall refile their proposed form with the signatures of the parties or attorneys, accompanied by the date of the signature as noted on the form. The Parties need not—and should not—complete any information in the Reference Order portion of the form.

       In light of the Parties' representation that they would consent to the jurisdiction of a magistrate judge, the Initial Pre-Trial Conference currently scheduled for May 18, 2022 is hereby adjourned *sine die*.

**SO ORDERED.**

**Date:  May 17, 2022**
        **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**